**No. 49749.**—Protests 104556–K, etc., of Interscience Publishers, Inc. (New York).

Opinion by KINCHELOE, J.   In view of the collector's letter and the appraiser's amended return, received in evidence by consent, it was found that the claim of the plaintiff was well taken.   The protests were therefore sustained to this extent.

BEFORE THE SECOND DIVISION, OCTOBER 11, 1944

**No. 49750.**—Protests 913725–G, etc., of Rice–Bayersdorfer Co. (Philadelphia).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49751.**—Petition 6418–R of Strauss–Eckardt Co., Inc.   (New York).

Opinion by KINCHELOE, J.   From an examination of the records the court was satisfied that the entry was made without intention to defraud the revenue of the United States or to conceal or misrepresent the facts.   The petition was therefore granted.

**No. 49752.**—Protests 93692–K, etc., of Van Praag Sales (New York).

Opinion by LAWRENCE, J.   At the hearing the plaintiff offered the testimony of a man who had been with the company for 27 years and who testified as to his familiarity with blowtorches, covering a period of over 40 years, 20 years in taking the articles apart, repairing, and reassembling.   While the witness was apparently qualified, his testimony fell short of imparting the desired information to determine the precise number of complete blowtorches in the different importations. When asked for detailed information he apparently was not certain but that some of the parts entered into the composition of a furnace rather than a blowtorch. Later, on cross-examination, the witness' information was disclosed to be wholly insufficient.   On the record presented the protests were overruled in all respects.